THE HARMAN FIRM, LLP
Attorneys & Counselors At Law
www.theharmanfirm.com

Walker G. Harman, Jr.
1270 Sixth Ave., Suite 756
New York, New York 10020
T: 646.248.2288 F: 212.202.3926
E: wharman@theharmanfirm.com

April 28, 2023

Via ECF

Re: Jonh Imhof v. New York City Housing Authority et al., 1:23-cv-01880-JPC, Dkt. 15

Hon. Judge John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
Courtroom 12D
500 Pearl St.
New York, NY 10007-1312

Hon. Judge Cronan,

We represent Plaintiff John Imhof in the above captioned matter. This is an employment disability discrimination case. Our office has represented dozens of single Plaintiff cases over the last two years in the Southern District of New York, the vast majority of which have been referred to the mediation office. We have settled many cases with the mediation office and find it to be a very useful resource for most of our cases. However, Mr. Imhof's claims will need to be litigated. Plaintiff and Defendant New York City Housing Authority had previously mediated the claims before the Court. The mediation was unsuccessful and very costly for both sides. In an effort to prevent wasting anymore of the Parties' resources, or any judicial resources, on another failed mediation, Plaintiff's counsel informed the mediation office that Plaintiff would prefer to litigate as settlement seems extremely unlikely. The mediation office then asked that Plaintiff write the Court explaining the foregoing. Plaintiff respectfully requests that the Court withdraw the referral

THE HARMAN FIRM, LLP
Attorneys & Counselors At Law
www.theharmanfirm.com

Walker G. Harman, Jr.
1270 Sixth Ave., Suite 756
New York, New York 10020
T: 646.248.2288 F: 212.202.3926
E: wharman@theharmanfirm.com

to mediation, request that the Parties submit a case management plan, and direct the Parties to begin discovery.

Respectfully submitted,

Walker G. Harman, Jr.
1270 Sixth Ave., Sutie 756
New York, New York 10020
646 248 2288
wharman@theharmanfirm.com