UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN IMHOF,

                              Plaintiff,

                -against-

NEW YORK CITY HOUSING
AUTHORITY, *et al.*,

                            Defendants.
-----------------------------------------------------------------X

**ORDER**

23-cv-01880 (JPC) (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A conference was held on July 20, 2023. The Parties discussed Defendants' requests for a stay of discovery, Plaintiff's pending motion for leave to amend, and a proposed timeline for submission of the case management plan.

      The Parties shall adhere to the following schedule:

- If leave to amend is granted by Judge Cronan, by August 15th, the Parties shall confer and jointly file a proposed case management plan or shall each submit their own proposed plans.

- If no Amended Complaint is filed, the Parties must still submit a joint plan by August 15th.

- If the Parties cannot agree to submit a joint plan by August 15th, the Parties shall submit their own proposed plans by that date. In the event the Parties cannot agree on a proposed plan or if there remain any outstanding discovery disputes, the Court shall hold a second case management conference on **August 17, 2023 at 11:30 a.m**.

      SO ORDERED.

DATED:   New York, New York
              July 21, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge