UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN IMHOF,

                      Plaintiff,                            **ORDER**

          -against-                            23-cv-01880 (JPC) (JW)

NEW YORK CITY HOUSING
AUTHORITY, *et al.*,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 21st the Court ordered that "[i]f leave to amend is granted by Judge Cronan, by August 15th, the Parties shall confer and jointly file a proposed case management plan or shall each submit their own proposed plans…If the Parties cannot agree to submit a joint plan by August 15th, the Parties shall submit their own proposed plans by that date.  In the event the Parties cannot agree on a proposed plan or if there remain any outstanding discovery disputes, the Court shall hold a second case management conference on August 17, 2023 at 11:30 a.m." Dkt. No. 37.

Plaintiff has not filed a proposed case management plan, while Defendants filed a letter renewing their request for a stay of discovery. Dkt. No. 44, 46.

The Parties shall either file a joint plan or the Parties shall each file their own proposed plans **by the close of business, today, August 16, 2023.**

Regardless of whether the Parties adopt a joint plan, the Court **will hold a remote conference tomorrow, on August 17th, at 11:30 am**. The Parties should call +1 646-453-4442 and enter the passcode 35710593#.

SO ORDERED.

DATED:   New York, New York
         August 16, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge

2