UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN IMHOF,

                              Plaintiff,

          -against-

**ORDER**

NEW YORK CITY HOUSING
AUTHORITY, *et al.*,

23-cv-01880 (JPC) (JW)

                              Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On August 16th, the Plaintiff filed a letter seeking an adjournment of tomorrow's conference due to a previously scheduled vacation. Dkt. No. 48.

Tomorrow's conference was scheduled on July 21st. Dkt. No. 37. If Counsel's "outing" predated the 21st, Counsel had an obligation to immediately contact the Court to request an adjournment. If Counsel's "outing" was planned after the 21st, then Counsel made those plans despite knowing full well a conference was scheduled and did not bother to contact the Court until the very last moment.

In this instance, the adjournment request is GRANTED but the Court will not look kindly on this sort of behavior in the future.

The conference shall instead be held **on August 24th at 3 pm**. The Parties should dial +1 646-453-4442 and enter the passcode 35710593#. The Parties shall submit case management plans by August 21st.

SO ORDERED.

DATED:    New York, New York
                 August 16, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge