UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN IMHOF,

                Plaintiff,

-against-

**ORDER**

NEW YORK CITY HOUSING AUTHORITY, *et al.*,

23-cv-01880 (JPC) (JW)

                Defendants.
------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On August 24, 2023, the parties were heard in an Initial Case Management Conference. The Court GRANTED Defendants' request to stay discovery and effectively adopted Defendants proposed case management plan at Dkt. No. 49. Following a ruling on the anticipated motions to dismiss, the parties are directed to file a proposed case management plan updated to reflect the actual discovery dates and deadlines.

The Clerk of the Court is respectfully requested to close the motions at Dkt. Nos. 30, 31, 44, and 46. The parties are directed to order a copy of the transcript from the Initial Case Management Conference and provide a copy to the Court.

SO ORDERED.

DATED:    New York, New York
               August 28, 2023

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge