**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOHN IMHOF,

                        Plaintiff,

          -against-

NEW YORK CITY HOUSING
AUTHORITY, *et al.*,

                       Defendants.
------------------------------------------------------------------X

**ORDER**

23-cv-01880 (JPC) (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of letters seeking the disqualification of counsel and alleging various discovery deficiencies. Dkt. Nos. 88–89.

The Parties shall appear for a conference on **October 23rd at 3 pm** in courtroom 228, 40 Foley Square, New York, NY. The Parties shall be prepared to discuss all pending disqualification and discovery issues.

SO ORDERED.

DATED:    New York, New York
                September 27, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge