# HARMAN GREEN PC

Attorneys & Counselors At Law
www.theharmanfirm.com

140 Broadway, Floor 46
New York, New York 10005
824 Exposition Ave., Suite 8
Dallas, Texas 75226
T: 646.248.2288 F: 212.202.3926

January 6, 2025

Via ECF

Hon. Jennifer E. Willis
Thurgood Marshall
United States Courthouse
Courtroom 228
40 Foley Square
New York, NY 10007

Re: 1:23-cv-01880, JOHN IMHOF / NEW YORK CITY HOUSING AUTHORITY, DANIEL SHERROD, RICHARD MORRISON, and ANDREW LUPIN, Oral Argument on Dkt. 101-117, Motion to Disqualify and Motion for Summary Judgment.

Hon. Judge Willis,

On October 31, 2024, this Court created a briefing schedule for the above listed motions, and noted "[i]f necessary, oral argument will be held on January 8, 2025 at 11:00 AM in Courtroom 228 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007." Dkt. 100. Plaintiff's counsel has a Southern District of New York mediation scheduled for January 8, 2025 pursuant to the district's automatic referral program. Given the conflict, Plaintiff inquires into whether i) the Court believes that oral argument is necessary and ii) if so, whether such an oral argument may be continued to another day. Defendant Sherrod is not opposed to a continuance, but Defendants New York City Housing Authority, Richard Morrison, and Andrew Lupin join only to seek clarity on whether arguments will be necessary. Counsel for Defendants New York City Housing Authority, Richard Morrison, and Andrew Lupin will be unavailable the week of January 13 – 17, 2025.

Plaintiff respectfully seeks insight into whether the Court believes oral argument will be necessary and whether the Court believes a continuation of the January 8, 2025 hearing is appropriate.

Respectfully submitted,

_____

# HARMAN GREEN PC

Attorneys & Counselors At Law
www.theharmanfirm.com

140 Broadway, Floor 46
New York, New York 10005
824 Exposition Ave., Suite 8
Dallas, Texas 75226
T: 646.248.2288 F: 212.202.3926

Evan Richardson, Esq.
HARMAN GREEN PC
140 Broadway, Floor 46
New York, New York 10005
824 Exposition Ave., Suite 8
Dallas, Texas 75226
Texas State Bar No. 24138559
New York State Bar No. 6009112
erichardson@theharmanfirm.com
(646) 248-2288; (561) 214-3339

Oral argument, currently scheduled for January 8, 2025, is ADJOURNED SINE DIE. SO ORDERED.

*Jennifer E. Willis*
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
January 7, 2025