**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOHN IMFOF,

                              Plaintiff,                         **ORDER**

                    -against-                         **23-CV-1880 (JPC) (JW)**

NEW YORK CITY HOUSING
AUTHORITY *et al.*,

                             Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter motion, amended letter motion, Defendant's response, and Plaintiff's reply. Dkt. Nos. 132-135. A discovery conference is now scheduled for November 13, 2025 at 10:30 AM. The parties are to appear at Courtroom 228 of 40 Foley Square, New York, NY 10007 on **November 13, 2025 at 10:30 AM**.

The Clerk of Court is respectfully directed to close Dkt. Nos. 132 and 133.

        SO ORDERED.

DATED:    New York, New York
                October 6, 2025

                                                        *Jennifer E. Willis*
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge