# HARMAN GREEN PC

Attorneys & Counselors At Law
www.theharmanfirm.com

Walker G. Harman, Jr.
140 Broadway, Floor 46
New York, New York 10005
T: 646.248.2288 F: 212.202.3926
E: wharman@theharmanfirm.com

November 10, 2025

Magistrate Judge Jennifer E. Willis
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: John Imhof v. New York City Housing Authority**
**Case No. 23-cv-1880 (JPC)(JW)**

Dear Magistrate Judge Willis:

> The request for adjournment is **GRANTED.** The new date will be **December 1, 2025 at 2:30 PM**. If the shutdown is not over, the Parties are to request another adjournment. Per the Court's standing order, the case is stayed until after the shutdown. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> November 10, 2025

We represent Plaintiff John Imhof in the above-referenced matter and by his counsel, Harman Green PC, on consent with the New York City Housing Authority ("NYCHA"), Richard Morrison, and Andrew Lupin, (collectively "Defendants") moves to adjourn the discovery conference set for November 13, 2025.

### A. Background & Request to Adjourn

As the Court is aware, the government shutdown has been ongoing and is now the lengthiest in history. Defendant Sherrod, who is represented by Department of Justice attorneys, cannot appear at the conference on November 13, 2025. Even assuming the shutdown were lifted today, Jeremy Liss, Defendant Sherrod's counsel, has made clear that he would like to move the conference to get back up to speed with all of his matters that he has been prevented from working on. Accordingly, Plaintiff and Defendants request the Court adjourn the conference dated November 13, 2025. For convenience to avoid further adjournment, Plaintiff and NYCHA Defendants offer their availability below. Mr. Liss and Defendant Sherrod have not been able to offer their availability. This request is made more than 48 hours in advance of the scheduled conference and is the first request to adjourn this conference.

### B. Availability

Plaintiff is available in the first two weeks in December 2025. Defendants NYCHA and Morrison are available December 1, 3, 8, 9, 10, 15. Defendant Sherrod is represented by Department of Justice attorneys who have been unable to provide a response because of the shutdown.

### C. Conclusion

The Parties respectfully request Your Honor adjourn the conference based on the foregoing.

Very truly yours,

November 10, 2025
Page 2 of 2

*[signature]*

Evan Richardson