**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOHN IMHOF,

Plaintiff,

<u>**ORDER**</u>

-against-

**23-CV-1880 (JPC) (JW)**

NEW YORK CITY HOUSING
AUTHORITY, *et al.,*

Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On December 1, 2025, the Court held a discovery conference.  For the reasons state more fully on the record, the Court orders the following:

1. The Parties confirmed Defendants NYCHA, Morrison, and Lupin (collectively, "Defendants") provided a privilege log.  The Court need not rule on this issue.

2. The Parties confirmed Defendants identified responsive documents that were produced to Plaintiff in the 8,000 page production in advance of the Sherrod deposition.  The Court need not rule on this issue.

3. The Parties are ordered to file a new proposed case management plan by **December 12, 2025.**  The proposed case management plan must include an agreement on the procedure and timing to produce a privilege log for the remaining discovery.

4. Defendants are ordered to identify which documents they produced in discovery that include emails between Imhof and his attorney by **December 9, 2025.**

5. The Parties are to meet and confer about the timeframe of text messages and potential custodians by **December 12, 2025**.

6. Plaintiff is to respond to Defendants' second deficiency letter from September 26th by **December 9, 2025.**

7. Plaintiff will assist the facilitation of third-party providers that have not responded to Defendants' discovery requests.

8. Defendants are to file a letter motion by **December 15, 2025** as to why their affirmative defenses do not waive privilege and require the production of unredacted Bova-Hiatt and Lupin emails.  Plaintiff is to file a response letter motion by **December 22, 2025.**  The page limit on both letter motions is five pages.

SO ORDERED.

DATED:   New York, New York
        December 1, 2025

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge