

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Theo E.M. Gould
212.497.8489 direct
212.583.9600 main
646.417.7611 fax
tgould@littler.com

December 9, 2025

Magistrate Judge Jennifer E. Willis
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 228
New York, New York 10007

> The request is **GRANTED.**
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> December 10, 2025

RE:    *John Imhof v. New York City Housing Authority et al.*
       Case No. 23-cv-1880 (JPC)(JW)

Dear Magistrate Judge Willis:

This firm represents Defendants New York City Housing Authority ("NYCHA"), Richard Morrison, and Andrew Lupin (collectively, "Defendants") in the above referenced action. With Plaintiff's consent, Defendants write to respectfully request a one-week extension of time to file their letter motion concerning privilege issues.

On December 1, 2025, the Court ordered Defendants "to file a letter motion by December 15, 2025 as to why their affirmative defenses do not waive privilege and require the production of unredacted Bova-Hiatt and Lupin emails." Dkt. No. 139. Plaintiff's response is currently due December 22, 2025. *Id.*

This extension is necessary to allow defense counsel to prepare a thorough and well-reasoned submission in light of competing deadlines and professional obligations. The requested extension would adjourn Defendants' deadline to December 22, 2025, and as such, the Parties request that Plaintiff's deadline to respond be adjourned to December 31, 2025. This is Defendants' first request for an extension of this deadline.

We thank the Court for its time and consideration of this matter.

littler.com

Magistrate Judge Jennifer E. Willis
December 9, 2025
Page 2

Sincerely,

*/s/ Theo E.M. Gould*

Theo E.M. Gould
Vernée C. Pelage

cc:     All counsel [via ECF]

littler.com